UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUNO N. DINA

    v.                                                                3:12CV00523(JCH)

CUDA & ASSOCIATES, LLC

J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's Motion for Partial Summary Judgment and Motion for Judgment and defendant's Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motions and on June 13, 2013, entered a Ruling granting defendant Cuda & Associates, LLC's Motion for Summary Judgment as to plaintiff's CUTPA claim and granting plaintiff, Juno N. Dina's Motion for Partial Summary Judgment with respect to her claims for statutory damages pursuant to the FDCPA and CCPA.  Plaintiff, Juno N. Dina, is awarded $1,000 for her FDCPA claim and $1,000 for her CCPA claim for a total award of $2,000 in statutory damages.  On July 8, 2013 the court granted, in open court, plaintiff's Motion for Judgment, withdrawing plaintiff's remaining claims.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff Juno N. Dina, against the defendant, Cuda & Associates, LLC, in the total amount of $2,000, and the case is closed.

Dated at New Haven, Connecticut, this 16th Day of July, 2013.

                                              Robin D. Tabora, Clerk

                                              By /s/ Diahann Lewis

Entered on Docket  7/16/2013                 Deputy Clerk